IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-01202-STA-jay |
| | ) | |
| SUPERINTENDENT JAYNE HAYES, | ) | |
| MANAGER ROGER CHUTE, | ) | |
| SECURITY MANAGER CLARANCE | ) | |
| HOWELL, HR ANALYST II CANDICE | ) | |
| STARKS, DONICE BRADLEY, | ) | |
| SAMUEL WHITE, MISTY NEENEY, | ) | |
| DEPUTY COMMISSIONER DEBBIE | ) | |
| MILLER, and DCS COMMISSIONER | ) | |
| BONNIE HOMMRICH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
## ORDER DISMISSING COMPLAINT

Before the Court is the United States Magistrate Judge's Report and Recommendation (ECF No. 7) issued on March 25, 2019. The Magistrate Judge has recommended that the Court dismiss Plaintiff Jennifer Davis's Complaint for failure to prosecute under Federal Rule of Civil Procedure 41(b) and for failure to effect service under Rule 4(m). On January 25, 2019, Magistrate Judge Bryant ordered Plaintiff to show cause as to why the Court should not dismiss her case for failure to prosecute and failure to effect timely service. When Plaintiff did not respond to the Magistrate Judge's show cause order, Magistrate Judge York's Report and Recommendation followed. The Magistrate Judge cautioned Plaintiff that she had fourteen (14) days in which to make any objections to the Report and that her failure to do so would constitute a waiver of any objection. The deadline for Plaintiff to object to the Report has now passed, and Plaintiff has failed to raise any objections to the Report.

Having reviewed the Magistrate Judge's Report and the entire record of the proceedings, the Court hereby adopts the Report. Plaintiff filed suit on October 26, 2017, and has taken no further action to prosecute her claims. Plaintiff has failed to respond to a show cause order and has now failed to raise any objections to a recommendation that the Court dismiss her case. Under all of the circumstances, dismissal is warranted. Therefore, Plaintiff's Complaint is dismissed for failure to prosecute and failure to effect timely service.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: April 19, 2019